IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURA LUCKADUE**                                                                                          **PLAINTIFF**

**CASE NO. 4:24-CV-00533-BSM**

**NORTH LITTLE ROCK SCHOOL DISTRICT**                                    **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2025.

UNITED STATES DISTRICT JUDGE